IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY McCAA,

      Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                         Case No. 13-cv-574-bbc

MICHAEL MEISNER, JANEL NICKEL,
KAREN ANDERSON, DAWN LAURENT,
GARY MAIER, DONALD MORGEN,
JENNIFER M. BAHR, DIVINE SAVIOR
HOSPITAL and ABC FICTITIOUS
INSURANCE CO.,

      Defendants.

This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants:

1) dismissing plaintiff's federal claims with prejudice for failure to state a claim

upon which relief may be granted; and

2) dismissing plaintiff's state law claim in accordance with 28 U.S.C. §

1367(c)(3) without prejudice to his refiling it in state court.

| /s/ | 12/9/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |